UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
  Plaintiff

   v.

            Case No.  10-cr-164-01-SM

<u>Patricia J. Kelley,</u>
  Defendant

<u>O R D E R</u>

Defendant Kelley's motion to continue the final pretrial conference and trial is granted (document no. 9).  Trial has been rescheduled for the February 2011 trial period.  Defendant Kelley shall file a waiver of speedy trial rights not later than November 29, 2010.  On filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 4, 2011 at 4:00 p.m.

Jury selection will take place on February 15, 2011 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

November 19, 2010

cc:  Jessica Brown, Esq.
     Mark Irish, AUSA
     U.S. Marshal
     U.S. Probation